**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORBERT BASENGEZI KATINTIMA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the United States Office of Foreign Assets Control, and THE UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Civil Action No. 19-cv-03412 (CRC) |

**JOINT STATUS REPORT**

Following this Court's consolidation Order, Dkt. No. 8,[1] the parties have discussed a proposed schedule for next steps in this case, which they set forth below.

1. Defendants will provide Plaintiffs with the unclassified portions of the administrative records underlying their designations by no later than April 15, 2020. The records are currently undergoing interagency clearance to assess what information may be released to the Plaintiffs, given the presence of classified and otherwise privileged information in the records.

2. Upon receiving the unclassified portions of the administrative records, Plaintiffs will review and assess the impact of the released records on this litigation, including whether the receipt of the records makes it appropriate for Plaintiffs to amend their respective

---

[1] On February 4, 2020, this Court consolidated *Katintima v. Gacki, et al.*, 1:19-cv-03412-CRC with *Basengezi v. Gacki, et al.*, 19-cv-3414 and *Nangaa v. Gacki, et al.*, 19-cv-3415, and ordered that all future filings shall be filed on docket 19-cv-3412.

Complaints or seek rescission of their designations pursuant to Defendant the United States Department of the Treasury's Office of Foreign Assets Control delisting procedures, 31 C.F.R. § 501.807.

3. To this end, the parties respectfully request that the Court order the parties to provide a further joint status report on May 1, 2020, at which point the parties will propose next steps for further proceedings, including, if appropriate, a schedule for dispositive motions.

A proposed order to this effect is attached herewith.

Dated: February 18, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas Cartier*
　　　　　　　　　　　　　　　　　　　　　　ANTONIA KONKOLY
　　　　　　　　　　　　　　　　　　　　　　NICHOLAS CARTIER
　　　　　　　　　　　　　　　　　　　　　　KEVIN SNELL
　　　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 616-8351
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8460
　　　　　　　　　　　　　　　　　　　　　　Email:  nicholas.cartier@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　/s/ Erich C. Ferrari, Esq.
　　　　　　　　　　　　　　　　　　　　　　Erich C. Ferrari, Esq.
　　　　　　　　　　　　　　　　　　　　　　Ferrari & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　1455 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 280-6370
　　　　　　　　　　　　　　　　　　　　　　Fax: (877) 448-4885
　　　　　　　　　　　　　　　　　　　　　　Email: ferrari@falawpc.com

DC Bar No. 978253

*Counsel for Plaintiff*