# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORBERT BASENGEZI KATINTIMA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the United States Office of Foreign Assets Control, and THE UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Civil Action No. 19-cv-03412 (CRC) |

## **PROPOSED ORDER**

Upon due consideration of the parties' Joint Status Report, the parties are ordered to submit a further status report on May 1, 2020, at which point the parties will propose next steps for further proceedings, including, if appropriate, a schedule for dispositive motions.

**SO ORDERED**.

Date: _____, 2020

_____
HON. CHRISTOPHER R. COOPER
United States District Judge

1