UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORBERT BASENGEZI KATINTIMA,  *Plaintiff,*  CORNEILLE YOBELUO NANGAA,  *Plaintiff,*  MARCELLIN MUKOLO BASENGEZI,  *Plaintiff,*  v.  ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control, and THE UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,  *Defendants.* | Civil Docket No. 19-cv-03412 (CRC) |

**PLAINTIFFS' STIPULATION OF DISMISSAL**

Plaintiffs Norbert Basengezi Katintima, Corneille Yobeluo Nangaa, and Marcellin Mukolo Basengezi (collectively "Plaintiffs") respectfully stipulate to dismiss this consolidated action without prejudice. The Federal Rules of Civil Procedure allow plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). On July 22, 2020, all parties to this litigation executed a settlement agreement settling Plaintiffs' claims in this consolidated action. Pursuant to this agreement, Plaintiffs agreed to file a stipulation of dismissal of this action in return for Defendants' observance

of the conditions and terms contained in that agreement. For this reason, Plaintiffs stipulate to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 22, 2020　　　　　　　　　　　　　　Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
FERRARI & ASSOCIATES, P.C.
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiffs*


ETHAN P. DAVIS
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ Antonia Konkoly
ANTONIA KONKOLY
KEVIN SNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2395
Fax: (202) 616-8460
Email: antonia.konkoly@usdoj.gov